IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENITA HARRIS o/b/o**
**KENDRA LANITA HARRIS,**
    Plaintiff,

vs.                                              CASE NO.:  3:04cv429/RV/MD

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
    Defendant.
_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 15, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The defendant's motion to remand (doc. 4) is GRANTED.

3.     This case is remanded to the Commissioner of Social Security pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3).

4.	The defendant is ordered to direct the Appeals Council to remand this case so the ALJ may further develop the record including obtaining updated medical and school records, an internal medicine consultative examination, and a supplemental hearing with additional testimony from plaintiff and a medical expert.

5.	The clerk is directed to enter judgment for plaintiff and close the file.

DONE AND ORDERED this 15th day of April, 2005.

/s/ *Roger Vinson*
**ROGER VINSON**
**UNITED STATES DISTRICT JUDGE**